**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 10, 2014
Docket #: 13-771cv
Short Title: Community Health Care Associat v. New York State Department of H

DC Docket #: 10-cv-8258
DC Court: SDNY (NEW YORK CITY)
DC Judge: Carter

# NOTICE OF DEFECTIVE FILING

On January 8, 2014 the corrected reply brief was submitted in the above referenced case.
The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____    Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____    Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____    Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____    Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____    Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____    Improper proof of service *(FRAP 25)*
        _____    Missing proof of service
        _____    Served to an incorrect address
        _____    Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____    Failure to submit document in digital format *(Local Rule 25.1)*
_____    Not Text-Searchable *(Local Rule 25.1, Interim Local Rules 25.2),* click here
    for instructions on how to make PDFs text searchable
_____    Failure to file appendix on CD-ROM *(Local Rule 25.1, Interim Local Rules 25.2)*
_____    Failure to file special appendix *(Local Rule 32.1)*
_____    Defective cover *(FRAP 32)*
    \_\_X\_\_\_    **Incorrect caption** *(FRAP 32)*
        _____    Wrong color cover *(FRAP 32)*
        _____    Docket number font too small *(Local Rule 32.1)*
_____    Incorrect pagination, click here for instructions on how to paginate PDFs
    *(Local Rule 32.1)*
_____    Incorrect font *(FRAP 32)*
_____    Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____    Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____    Untimely filing
_____    Incorrect Filing Event
_____    Other: _____

   Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than January 14, 2014. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

   Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8612.